IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02896-CMA-MJW

SEAN McALLISTER,

Plaintiff(s),

v.

DETECTIVE MICHAEL S. KELLOGG, in his individual and official capacities;
POLICE OFFICER MICHAEL REIFSTECK, in his individual and official capacities;
POLICE OFFICER ROBERT CASH, in his individual and official capacities; and
THE CITY AND COUNTY OF DENVER, a municipality,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Unopposed Renewed Motion to Stay Discovery Pending Resolution of the Defendants' Motion to Dismiss (docket no. 37) is GRANTED for those reasons stated within the subject motion and for those reasons previously stated in this court's Order on Defendants' Motion to Stay Discovery Pending Resolution of the Defendants' Motion to Dismiss [docket no. 23] (docket no. 30). Discovery in this case is STAYED pending ruling by Judge Arguello on Defendants' Motion to Dismiss Second Amended Complaint (docket no. 36).  The Rule 16 Scheduling Conference set on November 25, 2014, at 9:30 a.m. is VACATED.  The parties shall file a joint written status report with this court on the first day of each month beginning December 1, 2014.

Date: October 29, 2014