IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02896-CMA-MJW

SEAN McALLISTER,

Plaintiff(s),

v.

DETECTIVE MICHAEL S. KELLOGG, in his individual and official capacities;

Defendant(s).

---

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE**

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

    **IT IS HEREBY ORDERED** that a Scheduling/Planning Conference pursuant to Fed.R.Civ.P.16(b) shall be held on:

> June 16, 2015, at 2:30 p.m.,
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

    If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and **file a motion** to reschedule the conference to a more convenient date. **Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a motion is filed no less than FIVE (5) business days in advance of the date of appearance.</u>**

    **IT IS FURTHER ORDERED** that the proposed Scheduling Order shall be filed on or before June 9, 2015.

    Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. <u>See</u> D.C.COLO.LCivR 83.2B. Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

2

DONE AND SIGNED THIS 15th DAY OF MAY, 2015.

BY THE COURT:

s/Michael J. Watanabe
_____
MICHAEL J. WATANABE
United States Magistrate Judge