IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02896-CMA-MJW

SEAN McALLISTER,

Plaintiff(s),

v.

DETECTIVE MICHAEL S. KELLOGG, in his individual and official capacities;

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate June 16, 2015 Scheduling/Planning Conference and Concomitant Deadlines (Docket No. 57) is granted.  Accordingly, the Scheduling Conference set on June 16, 2015, at 2:30 p.m., and the deadlines set in this court's Order Setting Scheduling/Planning Conference (Docket No. 52) are VACATED.

Date: May 28, 2015