IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-2896-CMA-MJW

SEAN McALLISTER,

    Plaintiff,

v.

DETECTIVE MICHAEL KELLOGG, in his individual and official capacities;

    Defendant.

## ORDER ADMINISTRATIVELY CLOSING CASE

    This matter is before the Court *sua sponte*. The Court notes that in May of 2015, Defendant filed an interlocutory appeal of this Court's Order Granting in Part and Denying in Part Defendants' Motion to Dismiss Second Amended Complaint with the United States Court of Appeals for the Tenth Circuit ("Tenth Circuit"). (Doc. # 51.) It is hereby

    ORDERED that the Clerk of the Court shall ADMINISTRATIVELY CLOSE this case until the Tenth Circuit issues its ruling in *McAllister v. Kellogg*, Case no. 15-1175. It is

    FURTHER ORDERED that within 14 days of issuance of a ruling by the Tenth Circuit, the parties shall file a motion to reopen this case, informing this Court of the

decision and advising the Court as to whether this case should proceed or be dismissed.

DATED: July 15, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge