IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-2896-CMA-MJW

SEAN McALLISTER,

    Plaintiff,

v.

DETECTIVE MICHAEL KELLOGG, in his individual and official capacities,

    Defendants.

_____

## ORDER REOPENING CASE
_____

This matter is before the Court on the Joint Motion to Reopen Administratively Closed Case (Doc. #69), filed April 6, 2016.  Having reviewed the Motion and being otherwise advised in the premisses, the Court finds that good cause supports the same, and it is therefore

    ORDERED that the Motion (Doc. #69) is GRANTED.  It is

    FURTHER ORDERED that the Clerk of the Court is directed to reopen this case.

    DATED: April 7, 2016

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge